UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RUSSELL BUKOVIC,**

                **Plaintiff,**

-vs-                                     Case No. 6:08-cv-501-Orl-28GJK

**WINTER PARK CONSTRUCTION CO.,**

                **Defendant.**

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 26) filed October 23, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 27, 2008 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement (Doc. 26) is **GRANTED** to the extent that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

    3.    This case is dismissed with prejudice.

    4.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___17___ day of November, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOHN ANTOON II
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party